```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

WAYNE GARDINE,                                   :       08 Civ. 6524 (SHS)

               Plaintiff,               :

    -against-                                       :       AMENDED ORDER

R. MAXWELL, *ET AL.*,                            :

              Defendants.              :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        On February 24, 2010, Magistrate Judge Robert L. Ellis issued a Report and Recommendation recommending that defendants' motion for summary judgment dismissing the complaint in this action be granted. After a *de novo* review of Magistrate Judge Ellis' Report and Recommendation, and plaintiff's objections dated March 2, 2010,

        IT IS HEREBY ORDERED that Magistrate Judge Ellis' Report and Recommendation is adopted and defendants' motion for summary judgment [Doc. No. 22] is GRANTED.

Dated: New York, New York
       April 15, 2010

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.